UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CORONADO,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF FRESNO, et al.,<br><br>            Defendants. | Case No.  1:22-cv-00677-JLT-BAM<br><br>**ORDER GRANTING JOINT REQUEST FOR STAY OF PROCEEDINGS RE PENDING CRIMINAL CASE**<br><br>(Doc. 32) |

On October 13, 2023, the parties filed a joint stipulation and request for a stay of all proceedings in this action pending a final determination in the criminal case against plaintiff Anthony Coronado in the matter of *The People v. Coronado*, Fresno Superior Court Case No. M20925236.  (Doc. 32.)  The parties state that plaintiff's claims against defendants in this civil action relate directly to the criminal charges and assert that pursuing the civil and criminal litigation simultaneously could implicate constitutional issues and/or result in the unnecessary consumption of judicial resources.  (*Id.* at p. 2.)  The parties explain that the factual issues to be decided in the instant civil action—including whether plaintiff Anthony Coronado resisted arrest and/or whether Fresno police officers used reasonable firearm force on plaintiff—are substantially similar to fact issues that are to be decided in the criminal case.  (*Id.*)  Plaintiff reportedly has requested a stay while the criminal case is pending in order to protect his constitutional rights, and defendants have agreed that a stay is warranted, will conserve resources,

and will not prejudice any party.  (*Id.*)  The parties therefore jointly request that the Court issue an order staying all discovery and further proceedings in this matter until the criminal case results in a final judgment by plea agreement or jury verdict.  The parties also request that the Court set a status conference in six months and set quarterly deadlines for filing joint status reports with this Court.  (*Id.* at p. 3.)

Having considered the parties' stipulation, and for good cause appearing, IT IS HEREBY ORDERED as follows:

1. All further proceedings in this civil action are STAYED pending a final determination in the related state court criminal case against plaintiff Anthony Coronado in the matter of *The People v. Coronado*, Fresno Superior Court Case No. M20925236; and
2. The Court sets a STATUS CONFERENCE for **April 24, 2024, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The parties shall file a Joint Status Report regarding the progress of the criminal matter at least seven (7) days prior to the Status Conference.

IT IS SO ORDERED.

Dated:   **October 16, 2023**              /s/ *Barbara A. McAuliffe*           _
                                           UNITED STATES MAGISTRATE JUDGE