UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CORONADO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　　Defendants. | Case No.  1:22-cv-00677-JLT-BAM<br><br>ORDER GRANTING JOINT REQUEST FOR CONTINUED STAY OF PROCEEDINGS AND CONTINUING STATUS CONFERENCE<br><br>(Doc. 34) |

　　　　On October 16, 2023, the Court stayed all further proceedings in this civil action pending a final determination in the related state court criminal case against plaintiff Anthony Coronado in the matter of *The People v. Coronado*, Fresno Superior Court Case No. M20925236.  (Doc. 33.) The Court also set a status conference for April 24, 2024, and directed the parties to file a Joint Status Report regarding the progress of the criminal matter prior to the conference . (*Id.*)

　　　　On April 17, 2024, the parties filed a Joint Status Report regarding plaintiff's pending criminal case.  The parties indicate that plaintiff had a pretrial hearing on April 16, 2024.  As of the filing of their report, a settlement conference was set for June 6, 2024, and a jury trial was set for June 20, 2024.  The parties request that the instant case remain stayed.  (Doc. 34.)

　　　　Based on the Joint Status Report, and the parties' request, IT IS HEREBY ORDERED as follows:

1

1. All proceedings in this civil action shall remain STAYED pending a final determination in the related state court criminal case against plaintiff Anthony Coronado in the matter of *The People v. Coronado*, Fresno Superior Court Case No. M20925236.

2. The Status Conference currently set for April 24, 2024, is CONTINUED to **July 31, 2024, at 8:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall file a Joint Status Report regarding the progress of the criminal matter at least seven (7) days prior to the conference.

IT IS SO ORDERED.

Dated:   **April 17, 2024**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE