UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CORONADO,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF FRESNO, et al.,<br><br>            Defendants. | Case No.  1:22-cv-00677-JLT-BAM<br><br>ORDER GRANTING JOINT REQUEST FOR CONTINUED STAY OF PROCEEDINGS AND CONTINUING STATUS CONFERENCE<br><br>(Doc. 37) |

On October 16, 2023, the Court stayed all further proceedings in this civil action pending a final determination in the related state court criminal case against plaintiff Anthony Coronado in the matter of *The People v. Coronado*, Fresno Superior Court Case No. M20925236.  (Doc. 33.) The Court also set a status conference for April 24, 2024, and directed the parties to file a Joint Status Report regarding the progress of the criminal matter prior to the conference.  (*Id.*)

On April 18, 2024, at the parties' request, the Court continued the stay of all proceedings in this action, continued the April 2024 status conference to July 31, 2024, and directed the parties to file a Joint Status Report regarding the progress of the criminal matter prior to the continued conference.  (Doc. 35.)

On July 24, 2024, the parties filed a Joint Status Report regarding plaintiff's pending criminal case.  The parties indicate that a pretrial hearing was held on April 16, 2024.  As of the date of filing the report, the jury trial originally set for June 20, 2024, was vacated, and a pretrial

1

hearing was set for July 30, 2024.  The parties further indicate that no trial dates are on calendar for plaintiff's criminal trial at this point.  The parties request that the instant case remain stayed. (Doc. 37.)

      Based on the Joint Status Report, and the parties' request, IT IS HEREBY ORDERED as follows:

1. All proceedings in this civil action shall remain STAYED pending a final determination in the related state court criminal case against plaintiff Anthony Coronado in the matter of *The People v. Coronado*, Fresno Superior Court Case No. M20925236.
2. The Status Conference currently set for July 31, 2024, is CONTINUED to **October 31, 2024, at 8:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The parties shall file a Joint Status Report regarding the progress of the criminal matter at least seven (7) days prior to the conference.

IT IS SO ORDERED.

Dated:   **July 25, 2024**                    /s/ *Barbara A. McAuliffe*            
                                                        UNITED STATES MAGISTRATE JUDGE