UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CORONADO,<br><br>             Plaintiff,<br><br>       v.<br><br>CITY OF FRESNO, et al.,<br><br>             Defendants. | Case No.  1:22-cv-00677-JLT-BAM<br><br>ORDER GRANTING JOINT REQUEST FOR CONTINUED STAY OF PROCEEDINGS AND CONTINUING STATUS CONFERENCE<br><br>(Doc. 44) |

On October 16, 2023, the Court stayed all further proceedings in this civil action pending a final determination in the related state court criminal case against plaintiff Anthony Coronado in the matter of *The People v. Coronado*, Fresno Superior Court Case No. M20925236.  (Doc. 33.) The Court also set a status conference for April 24, 2024, and directed the parties to file a Joint Status Report regarding the progress of the criminal matter prior to the conference.  (*Id.*)

On April 18, 2024, at the parties' request, the Court continued the stay of all proceedings in this action, continued the April 2024 status conference to July 31, 2024, and directed the parties to file a Joint Status Report regarding the progress of the criminal matter prior to the continued conference.  (Doc. 35.)  On July 26, 2024, the Court again continued the stay of all proceedings, continued the July 2024 status conference to October 31, 2024, and directed the parties to file a Joint Status Report regarding the progress of the criminal matter prior to the continued conference.  (Doc. 38.)  On October 25, 2024, the Court again continued the stay of all

proceedings, continued the October 2024 status conference to January 30, 2025, and directed the parties to file a Joint Status Report prior to the continued conference. (Doc. 40.) On January 24, 2025, the Court again continued the stay of all proceedings, continued the January 20205 status conference to April 30, 2025, and directed the parties filed a Joint Status Report regarding Plaintiff's pending criminal case in advance of the continued conference. (Doc. 43.)

On April 21, 2025, the parties filed a Joint Status Report. (Doc. 44.) They indicate that Plaintiff had a criminal pretrial hearing on January 29, 2025. Plaintiff reportedly requested a continuance of the pretrial hearing, which was granted, and the next pretrial hearing is set for July 31, 2025. The parties request that the instant case remain stayed. (*Id.* at 2.)

Based on the Joint Status Report, and the parties' request, IT IS HEREBY ORDERED as follows:

1. All proceedings in this civil action shall remain STAYED pending a final determination in the related state court criminal case against plaintiff Anthony Coronado in the matter of *The People v. Coronado*, Fresno Superior Court Case No. M20925236.

2. The Status Conference currently set for April 30, 2025, is CONTINUED to **August 28, 2025, at 8:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall file a Joint Status Report regarding the progress of the criminal matter at least seven (7) days prior to the conference.

IT IS SO ORDERED.

Dated:   **April 22, 2025**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

2